*Judge McMahon*

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Eugene J. O'Connor (EO-9925)
Timothy Semenoro (TS-6847)

*08 CV 03520*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
S.M.E. SHIPPING PTE LTD.

                Plaintiff,

            08 CV _____

    v.

**RULE 7.1 STATEMENT**

GUJARAT HEAVY CHEMICALS LTD.
a/k/a GHCL LIMITED,

                Defendant.
------------------------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff S.M.E. SHIPPING PTE LTD. certifies that there are no corporate parents, or related companies, which are publicly held in the United States.

Dated: Port Washington, New York
       April 10, 2008

                                    CHALOS, O'CONNOR & DUFFY, LLP
                                    Attorneys for Plaintiff

            By:    _____
                                    Eugene J. O'Connor (EO-9925)
                                    Timothy Semenoro (TS-6847)
                                    366 Main Street
                                    Port Washington, New York 11050
                                    Tel: (516) 767-3600 / Fax: (516) 767-3605