**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (646) 593-8866
Fax:    (212) 618-0213
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

S.M.E. SHIPPING PTE LTD.,

                Plaintiff,

                - against -

GUJARAT HEAVY CHEMICALS LTD.
A/K/A GHCL LIMITED

                Defendant.

-----------------------------------------------------------X

ECF CASE

08 Civ. 3520 (CM)

**NOTICE OF RESTRICTED APPEARANCE PURSUANT TO SUPPLEMENTAL RULE E(8)**

Gujarat Heavy Chemicals Ltd. a/k/a GHCL, by and through undersigned counsel, Law Offices of Rahul Wanchoo, hereby enters a restricted appearance in this matter pursuant to Supplemental Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Dated: New York, New York
       May 12, 2008

                                  **LAW OFFICES OF RAHUL WANCHOO**
                                  Attorneys for Defendant

                                  By: _/s/ Rahul Wanchoo_
                                      Rahul Wanchoo (RW-8725)